

October 30, 2014

<u>Via ECF</u>
Hon. James Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square, Room 2101
New York, NY 10007

      Re:    *Best Brands Consumer Products Inc. v. Funky Rico, Inc.*
              1:14-cv-01482-JPO

Dear Judge Oetken:

      We represent the Plaintiff in the above-captioned matter ("Plaintiff" or "Best Brands"). We are writing in response to the Court's order entered on October 28th that the plaintiff shall update the Court on the status of this case.

      The parties have been engaging in settlement discussions and recently stipulated to allow Defendant ("Defendant" or "Funky Rico") additional time, until November 14, 2014, to respond to the Complaint. This stipulation was executed by the parties and Defendant will be filing the stipulation with the Court.

      Prior to passage of the Defendants' previous deadline, we had agreed to and executed a stipulation of extension in view of the progress in settlement discussions, but Defendants have informed us that the stipulation was inadvertently not filed due to an oversight. Accordingly, we apologize for the delay.

      We thank the Court in advance for its attention to this matter.

                                                    Respectfully submitted,

                                                    */s/ Morris E. Cohen*

                                                    Morris E. Cohen