UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BEST BRANDS CONSUMER PRODUCTS INC., )
)
                Plaintiff, )
)
v. )  C. A. No. 14-CV-1482-JPO
)  (Jury Trial Demanded)
FUNKY RICO, INC., )
)
                Defendant. )

FILED NOV 0 3 2014

---

### STIPULATION TO EXTEND DEFENDANTS' TIME TO ANSWER COMPLAINT

**IT IS HEREBY STIPULATED** by and between the undersigned counsel that Defendant Funky Rico, Inc. will answer or otherwise respond as to the Plaintiff's Complaint on or before November 14, 2014.

Dated: October 30, 2014

GOLDBERG COHEN LLP

By: _____
Morris E. Cohen, Esq. (MC-4620)
1350 Avenue of the Americas, Suite 425
New York, NY 10019
(646) 380-2087
mcohen@goldbergcohen.com

Attorneys for Plaintiff
Best Brands Consumer Products, Inc.

McCARTER & ENGLISH, LLP

By: _____
James H. Donoian, Esq. (JD-9052)
245 Park Avenue
New York, NY 10167
(212) 609-6817
jdonoian@mccarter.com

Attorneys for Defendant
Funky Rico, Inc.

This 3 day of Nov., 2014

SO ORDERED: _____
Hon. James Paul Oetken
United States District Court Judge
Southern District of New York

- 1 -