# ECF TRANSCRIPTION SHEET



**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:          (212) 805-7933
Telephone No.:  (212) 805-0036

**Dated**:  November 24, 2014                                      **Total Number of Pages**: 3

**MEMO ENDORSED:**

Conf. re-scheduled to 12/8 at 2:15 PM.  No further adjournments.

Copies **by ECF** to:  All Counsel
                       Judge Oetken



**GOLDBERG COHEN LLP**
1350 AVENUE OF THE AMERICAS, SUITE 425, NEW YORK, NY 10019
PHONE: 646.380.2087  FAX: 646.514.2123

November 19, 2014

**Via Facsimile: 212-805-7933**
Hon. Andrew Peck
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11/24/14



RECEIVED
NOV 19 2014
CHAMBERS OF
ANDREW J. PECK

　　　　　**Re:** *Best Brands Consumer Products Inc. v. Funky Rico, Inc.*
　　　　　　　**1:14-cv-01482-JPO**

Dear Judge Peck:

　　We represent the Plaintiff in the above-captioned matter ("Plaintiff" or "Best Brands"). We write this letter jointly, together with Funky Rico, Inc. ("Defendant" or "Funky Rico").

　　The parties are in receipt of the Court's November 18th Order setting the Settlement Conference for December 4, 2014 at 9:30am. Unfortunately, we have a conflict on December 4th and, therefore, respectfully request that the mediation be rescheduled. The parties have conferred internally and have determined that they and their counsel are all available on December 8th if that date is available to the Court.

　　Alternatively, the parties respectfully request other proposed dates that are available to the Court so that they can coordinate re-scheduling the mediation with counsel and the representatives who will be attending.

　　We apologize for any inconvenience and thank the Court in advance for its attention to this matter.

**MEMO ENDORSED** 11/24/14

Conf. is rescheduled to 12/8 at 2:15 PM. No further adjournments.

SO ORDERED.

Hon. Andrew Jay Peck
United States Magistrate Judge

Copy fax'd to All Counsel

　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　/s/ Morris E. Cohen
　　　　　　　　　　　　Morris E. Cohen

cc: James Donoian, Esq.
　　Counsel to Funky Rico, Inc.